THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* BROWNIE WILSON, Appellant.

Argued October 13, 1937; decided November 23, 1937.

*Frederick J. Sullivan* and *Edward F. Boyle* for appellant.
*William Copeland Dodge,* District Attorney (*Felix C. Benvenga* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.